```
 1  Neil M. Kliebenstein (#226060)
    Erin Chance (#331431)
 2  BOWMAN AND BROOKE LLP
    1741 Technology Drive, Suite 200
 3  San Jose, CA  95110-1364
    Telephone:   (408) 279-5393
 4  Facsimile:   (408) 279-5845
    Neil.kliebenstein@bowmanandbrooke.com
 5  Erin.chance@bowmanandbrooke.com

 6  Attorneys for Defendant
    Takeuchi Mfg. Co. (U.S.), Ltd.
 7
```

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | JOHN BROWN, ) | Case No. 2:21-cv-00392-JAM-DMC |
| 11 | Plaintiff, ) | STIPULATION AND ORDER TO ESTABLISH DEFENDANT TAKEUCHI |
| 12 | vs. ) | MFG. CO. (U.S.), LTD'S DEADLINE TO RESPOND TO THE COMPLAINT |
| 13 | TAKEUCHI MFG. CO. (U.S.), LTD, et al. ) | |
| 14 | Defendant(s). ) | Action Filed: March 3, 2021 |
| 15 | ) | |

16  WHEREAS, on March 12, 2021, Plaintiff caused a copy of the Summons and Complaint

17  in the above-entitled action to be served on Defendant Takeuchi Mfg. Co. (U.S.), Ltd.

18  (hereinafter "Takeuchi U.S.");

19  WHEREAS, a process server has attested she served on Takeuchi Mfg. Co. (U.S.), Ltd.'s

20  agent for service of process a Summons indicating a response was due in 21 says;

21  WHEREAS, the Summons delivered to Takeuchi Mfg. Co. (U.S.), Ltd. indicated the

22  response was due in 90 days, even though Takeuchi U.S. was served in California;

23  WHEREAS, the Summons delivered to Takeuchi Mfg. Co. (U.S.), Ltd.'s as prepared by

24  plaintiff was "TO: Takeuchi Mfg. Co.", and at some point "(U.S.), Ltd, a Foreign Entity" was

25  written onto the Summons (See Exhibit A).

26  WHEREAS, the Plaintiff and Takeuchi Mfg. Co. (U.S.), Ltd. want to agree on a response

27  date, avoid unnecessary arguments about service on Takeuchi Mfg. Co. (U.S.), Ltd. and provide

28  an adequate time for Takeuchi Mfg. Co. (U.S.), Ltd. to respond to the Complaint;

ACCORDINGLY IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Takeuchi Mfg. Co. (U.S.), Ltd. Takeuchi U.S.'s deadline to respond to the Complaint is May 17, 2021;

2. Takeuchi Mfg. Co. (U.S.), Ltd. will not move to dismiss for improper service, but is not waiving any other defenses.

Dated: March 29, 2021                                    BOWMAN AND BROOKE LLP

*/S/ Neil M. Kliebenstein*
Neil M. Kliebenstein
Erin Chance
Attorneys for Defendant
Takeuchi Mfg. Co. (U.S.), Ltd.

Dated: March 29, 2021                                    ACQUEST LAW, INC.

*/S/ Nareshwar Singh Virdi*
Nareshwar Singh Virdi
Attorneys for Plaintiff
John Brown

IT IS SO ORDERED.

Dated:  March 29, 2021              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

24085285                                         2                     2:21-CV-00392-JAM-DMC
STIPULATION AND ORDER TO EXTEND DEFENDANT TAKEUCHI MFG. CO. (U.S.),
LTD'S DEADLINE TO RESPOND TO THE COMPLAINT