1  Nareshwar S. Virdi (#293715)
   ACQUEST LAW
2  3838 Watt Avenue, Bldg. F-600
   Sacramento, CA 95821
3  Telephone: (916) 378-0259
   Facsimile: (844) 277-4734
4  nvirdi@acquestlaw.com

5  Attorneys for Plaintiff
   John Brown.
6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9
                                            ) Case No. 2:21-cv-00392-JAM-DMC
10                                          )
                                            ) STIPULATION AND ORDER TO
11  JOHN BROWN,                             ) CONTINUE THE DEFENDANT UNITED
                                            ) RENTALS (NORTH AMERICA) INC.'S
12              Plaintiff,                  ) MOTION TO DISMISS AND TO
                                            ) ESTABLISH PLAINTIFF JOHN BROWN'S
13       vs.                                ) DEADLINE TO RESPOND TO THE
                                            ) MOTION
14  TAKEUCHI MFG. CO. (U.S.), LTD, et al.   )
                                            ) Action Filed: March 3, 2021
15              Defendant(s).               )
                                            ) Date: May 18, 2021
16                                          ) Time: 1:30 PM
                                            ) Dept: Courtroom 6, 14th Floor
17                                          )
                                            )
18
         WHEREAS, on April 1, 2021, Defendant UNITED RENTALS (NORTH AMERICA)
19
   INC. (hereinafter "United Rentals") filed a motion to dismiss under FRCP Rule 12(b)(6);
20
         WHEREAS, Plaintiff JOHN BROWN'S response is due on April 15, 2021;
21
         WHEREAS, the Plaintiff and United Rentals are in agreement to continue the date of
22
   motion and the corresponding response date;
23
         WHEREAS, the Plaintiff and United Rentals have met and conferred regarding the
24
   motion to dismiss;
25
          ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and
26
   through their counsel, as follows:
27
      1.    United Rentals Motion to Dismiss be continued to June 22, 2021 or thereafter;
28
                                            1              2:21-CV-00392-JAM-DMC
   STIPULATION AND ORDER TO CONTINUE THE DEFENDANT UNITED RENTALS
   (NORTH AMERICA) INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF
          JOHN BROWN'S DEADLINE TO RESPOND TO THE MOTION

2. Plaintiff's deadline to respond to the motion to dismiss is June 1, 2021.

Dated: April 6, 2021                                      ACQUEST LAW

                                                    */S/ Nareshwar Singh Virdi*
                                                       Nareshwar S. Virdi
                                                      Attorneys for Plaintiff
                                                           John Brown

Dated: April 6, 2021                                    GORDON & REES LLP

                                                    */S/ Russell M. Mortyn*
                                                       Russell M. Mortyn
                                                     Attorneys for Defendants
                                                  United Rentals (North America) Inc.

IT IS SO ORDERED.

Dated:  April 8, 2021                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE