Nareshwar S. Virdi (#293715)
ACQUEST LAW
3838 Watt Avenue, Bldg. F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN, | Case No. 2:21-cv-00392-JAM-DMC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE DEFENDANT UNITED RENTALS (NORTH AMERICA) INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF JOHN BROWN'S DEADLINE TO RESPOND TO THE MOTION |
| vs. | |
| TAKEUCHI MFG. CO. (U.S.), LTD, et al. | Action Filed: March 3, 2021 |
| Defendant(s). | Date: June 22, 2021<br>Time: 1:30 PM<br>Dept: Courtroom 6, 14th Floor |

WHEREAS, on April 1, 2021, Defendant UNITED RENTALS (NORTH AMERICA) INC. (hereinafter "United Rentals") filed a motion to dismiss under FRCP Rule 12(b)(6);

WHEREAS, on May 15, 2021, Defendant TAKEUCHI MFG. CO. (U.S.), LTD. (hereinafter "Takeuchi") filed a motion to dismiss under FRCP Rule 12(b)(6);

WHEREAS, Plaintiff JOHN BROWN'S response is due on June 1, 2021;

WHEREAS, the Plaintiff and United Rentals and Takeuchi are in agreement to continue the date of motion and the corresponding response date;

WHEREAS, the Plaintiff and United Rentals and Takeuchi have met and conferred regarding the motion to dismiss;

1    2:21-CV-00392-JAM-DMC

STIPULATION AND ORDER TO CONTINUE THE DEFENDANT UNITED RENTALS (NORTH AMERICA) INC.'S MOTION TO DISMISS AND TO ESTABLISH PLAINTIFF JOHN BROWN'S DEADLINE TO RESPOND TO THE MOTION

ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. United Rentals Motion to Dismiss and Takeuchi's Motion to Dismiss be continued to July 27, 2021 or thereafter;

2. Plaintiff's deadline to respond to the motions to dismiss is June 14, 2021.

Dated: May 28, 2021                             ACQUEST LAW

                                                */S/ Nareshwar Singh Virdi*
                                                Nareshwar S. Virdi
                                                Attorneys for Plaintiff
                                                John Brown

Dated: May 28, 2021                             GORDON & REES LLP

                                                */S/ Russell M. Mortyn*
                                                Russell M. Mortyn
                                                Attorneys for Defendants
                                                United Rentals (North America) Inc.

Dated: March 28, 2021                           BOWMAN AND BROOKE LLP

                                                */S/ Neil M. Kliebenstein*
                                                Neil M. Kliebenstein
                                                Attorneys for Defendant
                                                Takeuchi Mfg. Co. (U.S.), Ltd.

IT IS SO ORDERED.

Dated: June 3, 2021          /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE