Nareshwar S. Virdi (#293715)
ACQUEST LAW
3838 Watt Avenue, Bldg. F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>   Plaintiff,<br><br>   vs.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD, et al.<br><br>   Defendant(s). | Case No. 2:21-cv-00392-JAM-DMC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADINGS; DECLARATION OF NARESHWAR VIRDI<br><br>Action Filed: March 3, 2021 |

WHEREAS, on AUGUST 23, 2021, the Court issued an order granting UNITED RENTALS Motion to Dismiss and TAKEUCHI'S Motion to Dismiss;

WHEREAS, pursuant to the August 23, 2021 order, the Court permitted Plaintiff JOHN BROWN to file a First Amended Complaint within twenty days (20) of the date of its order. The current deadline to file a First Amended Complaint is September 13, 2021;

WHEREAS, Defendants' responsive pleadings would be due twenty days (20) thereafter;

WHEREAS, Plaintiff's Counsel has been sick with pneumonia and covid and has not been attending office since the beginning of August 2021.

WHEREAS, Plaintiff's counsel NARESHWAR VIRDI expects to be back in office by September 17, 2021.

WHEREAS, the Plaintiff and Defendants have met and conferred regarding the deadlines provided in the Court order;

WHEREAS, the Plaintiff and Defendants are requesting the Court to amend its August 23, 2021 order to provide additional time to the Plaintiff to file a First Amended Complaint.

ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Plaintiff's deadline to file a First Amended Complaint be extended to October 1, 2021;
2. Defendants' responsive pleadings to be due twenty days (20) thereafter.

Dated: September 9, 2021                                              ACQUEST LAW

                                                                                       /S/ *Nareshwar Singh Virdi*
                                                                                           Nareshwar S. Virdi
                                                                          Attorneys for Plaintiff
                                                                              John Brown

Dated: September 9, 2021                                              BOWMAN and BROOKE LLP

                                                                       /S/ *Neil Kliebenstein*
                                                                  Neil M. Kliebenstein
                                                                  Attorneys for Defendants
                                                               Takeuchi Mfg. Co. (USA) Ltd.

Dated: September 9, 2021                                              GORDON & REES LLP

                                                                    /S/ *Russell M. Mortyn*
                                                                  Russell M. Mortyn
                                                                  Attorneys for Defendants
                                                               United Rentals (North America) Inc.

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADINGS; DECLARATION OF NARESHWAR VIRDI

1  IT IS SO ORDERED.

2  Dated:  September 10, 2021                    /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
3                                                UNITED STATES DISTRICT COURT JUDGE

DECLARATION OF NARESHWAR VIRDI

1. I am the attorney of record for the Plaintiff in this matter;
2. I am licensed to practice in the State of California. My California State Bar Number is 293715.
3. Since the beginning of August 2021, I have been sick with fever, chills, uncontrollable cough, and body aches.
4. The treating physicians have diagnosed me with Pneumonitis, Walking Pneumonia, and Covid infection.
5. Because of these health issues, I have not been able to attend my office.
6. I expect to start attending office by September 17, 2021.

I certify, under the penalty of perjury, that the above statements in my declaration are true and correct to the best of my knowledge.

September 9, 2021  　　　　　　　　　　　　　　 */S/ Nareshwar Singh Virdi*
　　　　　　　　　　　　　　　　　　　　　　　　　　Nareshwar S. Virdi