Nareshwar S. Virdi (SBN 293715)
Justin P. Swierczek (SBN 332847)
Steven P. Lowe (SBN 333010)
ACQUEST LAW, INC.
3838 Watt Avenue, Bldg. F-600
Sacramento, CA  95821
Telephone:   (916) 378-0259
Facsimile:   (844) 277-4734
slowe@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>     Plaintiff,<br><br>vs.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD, et al.<br><br>     Defendant(s). | Case No. 2:21-cv-00392-JAM-DMC<br><br>STIPULATION; DECLARATION OF JUSTIN SWIERCZEK; AND ORDER TO CONTINUE DEFENDANT TAKEUCHI MFG. CO. (U.S.), LTD'S MOTION TO DISMISS THE FOURTH CAUSE OF ACTION IN THE FIRST AMENDED COMPLAINT<br><br>Action Filed: March 3, 2021 |

WHEREAS, on October 21, 2021, Defendant TAKEUCHI MFG. CO. (U.S.), LTD (hereinafter "Takeuchi") filed a motion to dismiss under FRCP Rule 12(b)(6) and 12(f);

WHEREAS, Plaintiff JOHN BROWN'S response is due on December 28, 2021;

WHEREAS, the Plaintiff and Takeuchi are in agreement to continue the date of motion and the corresponding response date;

WHEREAS, the Plaintiff and Takeuchi have met and conferred regarding the motion to dismiss;

ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Takeuchi MFG. Co. (U.S.), Ltd's Motion to Dismiss be continued to February 22, 2022, or thereafter;

2. Plaintiff's deadline to respond to the motion to dismiss is February 8, 2022.

Dated: December 27, 2021                                   ACQUEST LAW, INC.

                                                  /S/ Nareshwar Singh Virdi
                                                   Nareshwar S. Virdi
                                                   Attorneys for Plaintiff
                                                        John Brown

Dated: December 27, 2021                                   BOWMAN and BROOKE LLP

                                                    /S/ Erin Chance
                                                      Erin Chance
                                                 Attorneys for Defendants
                                               Takeuchi Mfg. Co. (USA) Ltd.

Dated: December 27, 2021                                   GORDON & REES LLP

                                                  /S/ Russell M. Mortyn
                                                   Russell M. Mortyn
                                                 Attorneys for Defendants
                                             United Rentals (North America) Inc.

ORDER

The above stipulation is GRANTED. The January 11, 2022 hearing on Defendant Takeuchi Mfg. Co.'s Motion to Dismiss (ECF No. 32) is VACATED and CONTINUED to March 1, 2022, at 1:30 pm in courtroom 6.

Dated:  December 27, 2021                  /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF JUSTIN P. SWIERCZEK

1. I am an attorney at Acquest Law, Inc. the attorneys of record for the Plaintiff in this matter;
2. I am licensed to practice in the State of California. My California State Bar Number is 332847.
3. Since the beginning of December 16, 2021, I have been sick with fever, chills, uncontrollable cough, and body aches.
4. My treating physician is treating me for pneumonia, and I am currently waiting for clearance from an evaluation by a specialist to confirm an issue with my posterior pharynx, and posterior pharyngeal muscles.
5. Because of these health issues, I have not been able to attend my office.
6. I expect to start attending office by January 10, 2022.

I certify, under the penalty of perjury, that the above statements in my declaration are true and correct to the best of my knowledge.

December 27, 2021           /S/ Justin P. Swierczek
                                          Justin P. Swierczek