# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN, an individual, | Case No. 2:21-cv-00392-JAM-DMC |
| Plaintiff, | **ORDER** |
| vs. | |
| TAKEUCHI MFG. CO. (U.S.), LTD, a foreign entity; TAKEUCHI MFG, CO. LTD., a foreign entity; UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation; UNITED RENTALS INC., a Delaware Corporation; AND DOES 1 through 50, INCLUSIVE, | Action Filed: March 3, 2021 |
| Defendant(s). | |

The parties have filed their Stipulation to Respond to First Amended Complaint (the "Stipulation" (Dkt. 54), and for good cause appearing:

**IT IS SO ORDERED** that Defendants, Takeuchi Mfg. Co. (U.S.), Ltd., United Rentals (North America), Inc., and United Rentals Inc., shall have to May 20, 2022 in which to answer, move, or otherwise respond to the First Amended Complaint.

DATED: May 10, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE