1  Nareshwar S. Virdi (#293715)
   ACQUEST LAW
2  3838 Watt Avenue, Bldg. F-600
   Sacramento, CA 95821
3  Telephone: (916) 378-0259
   Facsimile: (844) 277-4734
4  nvirdi@acquestlaw.com

5  Attorneys for Plaintiff
   John Brown.

6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

   JOHN BROWN,                          )  Case No. 2:21-cv-00392-JAM-DMC
10                                       )
             Plaintiff,                  )  STIPULATION AND ORDER TO EXTEND
11                                       )  DEADLINE TO FILE INITIAL
       vs.                               )  DISCLOSURES AND CLARIFYING
12                                       )  PARTIES SERVED
   TAKEUCHI MFG. CO. (U.S.), LTD, et al. )
13                                       )
             Defendant(s).               )  Action Filed: March 3, 2021
14                                       )
                                         )
15

16        WHEREAS, pursuant to the Court order, Plaintiff JOHN BROWN filed a First Amended

17  Complaint on October 1, 2021;

18        WHEREAS, Defendants' filed responsive on May 19, 2022;

19        WHEREAS, John Brown, Takeuchi Mfg. Co. (USA), and United Rentals (North

20  America) Inc., (hereinafter the "Parties") filed a joint scheduling report on May 20, 2022,

21  requiring a filing of initial disclosure on August 19, 2022;

22        WHEREAS, Takeuchi Manufacturing Co., Limited was not served with the First

23  Amended Complaint, and is a Japanese Corporation;

24        WHEREAS, the Parties have met and conferred regarding the deadlines provided in the

25  joint scheduling report;

26        WHEREAS, the Plaintiff requested an extension to file his initial disclosure, and

27  Defendants agreed to the request. The parties are requesting the Court to amend the joint

28

                                        1              2:21-CV-00392-JAM-DMC
   STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES

1  scheduling report to provide additional time to the parties to file initial disclosures by September

2  23, 2022.

3     WHEREAS, the Parties agree that written discovery can be served prior to the filing of

4  initial disclosures on September 23, 2022.

5     ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their

6  counsel, as follows:

7     1.    Parties' deadline to file initial disclosures be extended to September 23, 2022;

8     2.    Parties can serve written discovery prior to the filing of initial disclosures.

9  Dated: August 19, 2022                    ACQUEST LAW

10                                  /S/ Nareshwar Singh Virdi
11                                  Nareshwar S. Virdi
                                    Attorneys for Plaintiff
12                                  John Brown

13

14  Dated: August 19, 2022              BOWMAN and BROOKE LLP

15

16                                  /S/ Neil Kliebenstein
                                    Neil M. Kliebenstein
17                                  Attorneys for Defendants
                                    Takeuchi Mfg. Co. (USA) Ltd.
18

19

20  Dated: August 19, 2022                GORDON & REES LLP

21
                                    /S/ Russell M. Mortyn
22                                  Russell M. Mortyn
                                    Attorneys for Defendants
23                                  United Rentals (North America) Inc.

24     IT IS SO ORDERED.

25

26  Dated:  August 19, 2022          /s/ John A. Mendez

27                                  THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE
28

2                2:21-CV-00392-JAM-DMC
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES