ACQUEST LAW, INC.
NARESHWAR SINGH VIRDI (293715)
3838 Watt Avenue, Suite F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorney for Plaintiff
JOHN BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN, an individual,<br>    Plaintiff,<br>v.<br>TAKEUCHI MFG.CO. (U.S.), LTD, a foreign entity; TAKEUCHI MFG. CO. LTD., a foreign entity; UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation; UNITED RENTALS INC., a Delaware Corporation; AND DOES 1 through 50, INCLUSIVE,<br>    Defendants. | **Case No.:** 2:21-cv-00392-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE AND AMEND PRETRIAL SCHEDULING ORDER**<br><br>Action Filed: March 3, 2021 |

WHEREAS, pursuant to the Court order, Plaintiff JOHN BROWN filed a First Amended Complaint on October 1, 2021;

WHEREAS, Defendants' filed response on May 19, 2022;

WHEREAS, John Brown, Takeuchi Mfg. Co. (USA), and United Rentals (North America) Inc., (hereinafter the "Parties") filed a joint scheduling report on May 20, 2022, require a filing of initial disclosures on August 19. 2022;

WHEREAS, Takeuchi Manufacturing Co., Limited, was not served with the First Amended Complaint, and is a Japanese Corporation;

WHEREAS, the Parties filed a joint stipulation to extend the deadline to file initial

disclosures to September 23, 2022;

WHEREAS, the Parties have met and conferred regarding the deadlines provided in the joint scheduling report;

WHEREAS, the Plaintiff requested to continue the case and amend the Court's schedule order (ECF #64) due to Attorney's health issues (*See* Exhibit A) and Defendants agreed to the request. The Parties request that the following schedule be implemented:

| | |
|---|---|
| Discovery Cutoff Date: | 09/15/2023 |
| Disclosures of Expert(s) Deadline | 07/21/2023 |
| Supplemental Disclosures Deadline: | 08/18/2023 |
| Dispositive Motion Filing Deadline: | 10/27/2023 |
| Dispositive Motion Hearing: | 01/09/2024 at 1:30PM |
| Joint Mid-Litigation Statement Filing Deadline: | 14 days prior to close of discovery |
| Final Pretrial Conference: | 02/23/2024 at 11:00AM |
| Joint/Bench Trial | 04/08/2024 at 9:00AM |

Dated: November 10, 2022                                ACQUEST LAW

*/S/ Nareshwar Singh Virdi*
Nareshwar S. Virdi
Acquest Law Inc.
Attorneys for the Plaintiff
John Brown

Dated: November 10, 2022                                BOWMAN AND BROOKE LLP

*/S/ Neil M. Kliebenstein*
Neil M. Kliebenstein
Attorneys for Defendants
Takeuchi Mfg. Co. (USA) Ltd.

Dated: November 10, 2022                                    GORDON & REES LLP

*/S/ Russel M. Mortyn*
Russel M. Mortyn
Attorneys for Defendants
United Rentals (North America)

IT IS SO ORDERED.

Dated: November 14, 2022              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE