ACQUEST LAW, INC.
NARESHWAR SINGH VIRDI (293715)
3838 Watt Avenue, Suite F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorney for Plaintiff
JOHN BROWN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN BROWN, an individual,<br>    Plaintiff,<br>v.<br>TAKEUCHI MFG.CO. (U.S.), LTD, a foreign entity; TAKEUCHI MFG. CO. LTD., a foreign entity; UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation; UNITED RENTALS INC., a Delaware Corporation; AND DOES 1 through 50, INCLUSIVE,<br>    Defendants. | **Case No.:** 2:21-cv-00392-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER TO CHANGE BENCH TRIAL DATE TO JURY TRIAL DATE**<br><br>Action Filed: March 3, 2021 |

WHEREAS, the parties timely and properly requested a jury trial as to all issues (ECF #1).

WHEREAS, the parties' November 12, 2022, joint stipulation and proposed order (ECF #68) to amend the pretrial scheduling order (ECF #64) mistakenly requested a "joint/bench trial date" instead of a jury trial date.

WHEREAS, this Court ordered the bench trial date of April 8, 2024 at 9:00 am. (ECF #68).

WHEREAS all parties request and want a jury trial, the parties request that the scheduling order be amended to change the bench trial date to a jury trial date of April 8, 2024 at 9:00 am or thereafter as is convenient for the court.

///

1   ACCORDINGLY, IT IS SO STIPULATED, by and between the parties, and through their
2 counsel as follows:
3   The scheduling order shall provide as follows:
4   Jury Trial - April 8, 2024 at 9:00 AM or thereafter as is convenient for the court.
5   All other dates shall remain the same.

7   Dated: November 28, 2022                                   ACQUEST LAW

8                                                     */S/ Nareshwar Singh Virdi*
                                                         Nareshwar S. Virdi
9                                                         Acquest Law Inc.
                                                       Attorneys for the Plaintiff
10                                                            John Brown

13  Dated: November 28, 2022                            BOWMAN AND BROOKE LLP

14                                                    */S/ Neil M. Kliebenstein*
                                                         Neil M. Kliebenstein
15                                                     Attorneys for Defendants
                                                       Takeuchi Mfg. Co. (USA) Ltd.

18  Dated: November 28, 2022                                GORDON & REES LLP

19                                                    */S/ Russel M. Mortyn*
                                                         Russel M. Mortyn
20                                                     Attorneys for Defendants
                                                       United Rentals (North America)

22  IT IS SO ORDERED.

24
25  Dated:  November 29, 2022            /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
26                                       SENIOR UNITED STATES DISTRICT JUDGE