IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN, | No. 2:21-CV-0392-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| TAKEUCHI MFG. CO. (U.S.), LTD., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendant Takeuchi Mfg. Co. (U.S.), Ltd.'s motion to compel supplemental initial disclosures from Plaintiff. See ECF No. 82. The matter has been noticed for a hearing before the undersigned in Redding, California, on February 22, 2023, at 10:00 a.m. Pursuant to Eastern District of California Local Rule 230(g), the hearing is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  February 9, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE