IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD., et al.,<br><br>    Defendants. | No.  2:21-cv-00392-JAM-DMC<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On August 18, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2023, are **ADOPTED** in full.

2. Defendants' motion for terminating sanctions, ECF No. 85, is **DENIED**.

3. This matter is **REFERRED** back to the Magistrate Judge for issuance of an order awarding Defendants reasonable expenses associated with Defendants' prior motions to compel, ECF Nos. 74 and 82, and Defendants' motion for terminating sanctions, ECF No. 85.

Dated: September 13, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE