IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN BROWN, | No. 2:21-CV-0392-JAM-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TAKEUCHI MFG. CO. (U.S.), LTD., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On January 25, 2024, the Court directed defense counsel to submit a declaration in support of an award of reasonable expenses within 14 days. Plaintiff's counsel was permitted to file a response declaration within seven days of service of defense counsel's declaration. Defense counsel filed their declaration on February 7, 2024. Thus, Plaintiff's counsel's response declaration would have been due by February 14, 2024. On February 12, 2024, Plaintiff's counsel filed a notice of unavailability until March 4, 2024, due to illness. Given Plaintiff's counsel's unavailability at the time counsel's response declaration was due, the Court will sua sponte extend the response

/ / /

/ / /

/ / /

1

1  declaration filing deadline.  Plaintiff's counsel's response declaration, if any, is due on or before
2  March 11, 2024.
3          IT IS SO ORDERED.

5  Dated: February 22, 2024

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE