Nareshwar S. Virdi (#293715)
ACQUEST LAW
3838 Watt Avenue, Bldg. F-600
Sacramento, CA 95821
Telephone: (916) 378-0259
Facsimile: (844) 277-4734
nvirdi@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD, et al.<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00392-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE THE DISPOSITIONAL DOCUMENTS**<br><br>Action Filed: August 05, 2024 |

　　　　WHEREAS, on June 04, 2024 the Court granted Takeuchi'Motion to withdraw;

　　　　WHEREAS, pursuant to the June 04, 2024 order, the Court permitted Plaintiff JOHN BROWN to file the dispositional documents by August 05, 2024.

　　　　WHEREAS, the Plaintiff and Defendants have met and conferred regarding the deadlines provided in the Court order;

　　　　WHEREAS, the Plaintiff and Defendants are requesting the Court to amend its June 04, 2024 order to provide additional time of 30 days to the Plaintiff to file the dispositional documents.

　　　　ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Plaintiff's deadline to file the dispositional documents be extended to **August 30, 2024.**

Dated: August 05, 2024                                    ACQUEST LAW

                                                  */S/ Nareshwar Singh Virdi*
                                                     Nareshwar S. Virdi
                                                   Attorneys for Plaintiff
                                                            John Brown

Dated: August 05, 2024                                    BOWMAN and BROOKE LLP

                                                      Neil M. Kliebenstein
                                                   Attorneys for Defendants
                                                   Takeuchi Mfg. Co. (USA) Ltd.

Dated: August 05, 2024                                    GORDON & REES LLP

                                                     */s/ David Serrano*
                                                          David Serrano
                                                   Attorneys for Defendants
                                                   United Rentals (North America) Inc.

## ORDER

**IT IS SO ORDERED.**

Dated: August 05, 2024                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE