Nareshwar S. Virdi (SBN 293715)
ACQUEST LAW INC.
3838-Watt Avenue, Bldg. F-600
Sacramento, CA  95821
Telephone:   (916) 222-2036
Facsimile:    (916) 222-2045
nvirdi@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>        Plaintiff,<br><br>  vs.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD, et al.<br><br>        Defendants. | Case No. 2:21-cv-00392-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE THE DISPOSITIONAL DOCUMENTS** |

WHEREAS, pursuant to the June 04, 2024 order, the Court permitted Plaintiff JOHN BROWN to file the dispositional documents by August 05, 2024.

WHEREAS, the Plaintiff and Defendants have met and conferred regarding the deadlines provided in the Court order;

WHEREAS, the Plaintiff and Defendants extended the deadline to August 30, 2024 pursuant to a stipulation and a Court order;

WHEREAS, the Plaintiff and Defendants have met and conferred regarding the deadlines provided in the Court order;

WHEREAS, the Plaintiff and Defendants are requesting the Court to amend its August 5, 2024 order to extend the deadline to file the dispositional documents.

ACCORDINGLY, IT IS SO STIPULATED, by and between the parties and through their counsel, as follows:

1. Plaintiff's deadline to file the dispositional documents be extended to **September 20, 2024**.

Dated: August 30, 2024                                       ACQUEST LAW INC.

                                                            /S/ Nareshwar Singh Virdi
                                                            Nareshwar S. Virdi
                                                            Attorneys for Plaintiff
                                                            John Brown


Dated: August 30, 2024                                       BOWMAN and BROOKE LLP

                                                            /S/ Neil Kliebenstein
                                                            Neil M. Kliebenstein
                                                            Attorneys for Defendants
                                                            Takeuchi Mfg. Co. (USA) Ltd.


Dated: August 30, 2024                                       GORDON & REES LLP

                                                            /S/ David Serrano
                                                            David Serrano
                                                            Attorneys for Defendants
                                                            United Rentals (North America) Inc.

**ORDER**

IT IS SO ORDERED.

Dated: September 06, 2024        /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE