Nareshwar S. Virdi (SBN 293715)
ACQUEST LAW INC.
3838-Watt Avenue, Bldg. F-600
Sacramento, CA  95821
Telephone:   (916) 222-2036
Facsimile:    (916) 222-2045
nvirdi@acquestlaw.com

Attorneys for Plaintiff
John Brown.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>             Plaintiff,<br><br>     vs.<br><br>TAKEUCHI MFG. CO. (U.S.), LTD, et al.<br><br>             Defendant(s). | Case No. 2:21-cv-00392-JAM-DMC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE TRIAL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

This matter has settled in all respects. The parties are in the process of obtaining Plaintiff's signature on a written settlement agreement, which was agreed to in form by all parties on July 26, 2024. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the interim, the parties request that the Court vacate the Trial set for November 4, 2024.

Dated: September 20, 2024                                      ACQUEST LAW INC.

                                                               /S/ Nareshwar Singh Virdi
                                                               Nareshwar S. Virdi
                                                               Attorneys for Plaintiff
                                                               John Brown

Dated: September 20, 2024                                      BOWMAN and BROOKE LLP

                                                               /S/ Neil Kliebenstein
                                                               Neil M. Kliebenstein
                                                               Attorneys for Defendants
                                                               Takeuchi Mfg. Co. (USA) Ltd.

Dated: September 20, 2024                                      GORDON & REES LLP

                                                               /S/ David Serrano
                                                               David Serrano
                                                               Attorneys for Defendants
                                                               United Rentals (North America) Inc.

## ORDER

Based on the stipulation of the parties, the Court **VACATES** the 11/04/2024 jury trial.

Dispositional documents shall be filed no later than **October 11, 2024**.

IT IS SO ORDERED.

Dated: September 23, 2024          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE